No. 04–10009.  FOY *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–10012.  HOLLOWAY *v.* MCI TELEPHONE CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–10014.  WOOLRIDGE *v.* VONGHN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–10015.  KENDRICK *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–10017.  TAYLOR *v.* DIVISION OF DELAWARE POLICE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–10021.  COPPER *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 04–10023.  BARAWSKAS *v.* MICHIGAN.  Cir. Ct. Wayne County, Mich.  Certiorari denied.

No. 04–10024.  THOMAS *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 04–10025.  VORA *v.* CITY OF JOHNSTOWN, PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 04–10026.  VORA *v.* PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 04–10027.  VORA *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE.  C. A. 3d Cir.  Certiorari denied.

No. 04–10028.  VORA *v.* JANCIGA.  C. A. 3d Cir.  Certiorari denied.

No. 04–10029.  MONTERROSO *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 04–10030.  MEHTA *v.* DES PLAINES DEVELOPMENT LTD., TA HARRAH'S JOLIET CASINO & HOTEL, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–10031.  JACKSON *v.* RAY, WARDEN.  C. A. 10th Cir.  Certiorari denied.